# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIM. ACTION 10-00100-KD |
| | : | |
| RAY LEBARRON ODOM | : | |

## ORDER

This action is before the Court on Defendant Ray Lebarron Odom's Motion for a Continuance. (Doc. 50). As grounds for said motion, defense counsel avers that he was appointed to represent Defendant on July 26, 2010, that he has been in trial in another federal action since August 2, 2010, and as a result, he needs additional time in which to confer with Defendant and prepare this case for trial or other resolution. The Government does not oppose Defendant's continuance request.

Upon consideration, the undersigned finds that a continuance is appropriate in this case, and that the ends of justice served by continuing this action outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A). Specifically, the undersigned finds that the request to continue this action so that defense counsel is allotted sufficient time in which to work with Defendant in order to prepare this case for trial or other resolution is reasonable under the circumstances. 18 U.S.C.A. §3161(h)(7)(B).

Accordingly, Defendant's request for a continuance is **GRANTED**. This case is hereby **CONTINUED** to the October 2010 criminal term, with jury selection commencing on October 4, 2010. For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Counsel for Defendant is directed to file, by **August 20, 2010** a Speedy Trial Waiver executed by Defendant and his counsel.

The Clerk is **DIRECTED** to refer this case to Magistrate Judge Nelson.

DONE this **9th** day of **August, 2010**.

                              **/s/ SONJA F. BIVINS**
                        **UNITED STATES MAGISTRATE JUDGE**